UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAKIT TSUI,<br><br>    Plaintiff,<br><br>    v.<br><br>CELSO J. SANCHEZ, et al.,<br><br>    Defendants. | Case No. 15-CV-02721-LHK<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND REMANDING CASE TO STATE COURT** |

The Court has reviewed U.S. Magistrate Judge Howard R. Lloyd's Report and Recommendation (the "Report") to remand Plaintiff's unlawful detainer action to Santa Clara County Superior Court. *See* ECF No. 6. The Report was filed on June 18, 2015, and mailed to Defendants that same day. ECF Nos. 6, 7. The time for objections has passed, and Defendants have not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the Report, as well as the record in this case, the Court finds that the Report is well-founded in fact and in law, and therefore adopts the Report. Accordingly, the Court hereby ORDERS that this case be remanded to Santa Clara County Superior Court for lack of subject matter jurisdiction.

1

Case No. 15-CV-02721-LHK
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND REMANDING CASE TO STATE COURT

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02721-LHK
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AND REMANDING CASE TO STATE COURT